NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1113

TOTES-ISOTONER CORPORATION,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of International Trade in case no. 07-0001, Chief Judge Jane A. Restani, Judge Donald C. Pogue, and Judge Judith M. Barzilay.

ON MOTION

Before MOORE, Circuit Judge.

## O R D E R

Wolff Shoe moves for leave to file a brief amicus curiae and to participate at oral argument. The United States opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Wolff Shoe's motion for leave to file a brief amicus curiae is granted.

(2) Wolff Shoe's motion to participate in oral argument is denied without prejudice to renewal.

FOR THE COURT

__APR  2 2009__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Curtis W. Knauss, Esq.
John M. Peterson, Esq.
Reginald T. Blades, Jr., Esq.

s20



**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 02 2009

JAN HORBALY
CLERK